UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY SYLVESTRE,

        Plaintiff,

vs.

        Case No. 16-CV-62702-Dimitrouleas

NATIONAL ENTERPRISE SYSTEMS, INC.,

        Defendant

                              /

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Stipulation for Dismissal with Prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. Each party shall bear their own attorney's fees and costs except as otherwise agreed by the parties. All pending motions between Plaintiff and Defendant are DENIED AS MOOT. The Clerk of Court shall CLOSE this case.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida on this 6th day of September, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
Counsel of record